FILED: March 29, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-4595
(4:12-cr-00013-D-3)

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

 v.

TERRY LEE BUCK,

   Defendant - Appellant.

O R D E R

   Terry Lee Buck seeks to appeal his 108-month sentence following a guilty plea to possession of stolen firearms and aiding and abetting, in violation of 18 U.S.C. §§ 922(j), 924(a)(2), 2 (2006). The Government has moved to dismiss the appeal as barred by Buck's waiver of the right to appeal included in the plea agreement. Upon review of the plea agreement and the transcript of the Fed. R. Crim. P. 11 hearing, we conclude that Buck knowingly and voluntarily waived his right to appeal and that the issues Buck seeks to raise on appeal fall

squarely within the compass of his waiver of appellate rights. Accordingly, we grant the Government's motion to dismiss.

Entered at the direction of the panel: Judge Niemeyer, Judge Diaz, and Judge Floyd.

For the Court

/s/ Patricia S. Connor, Clerk